United States Bankruptcy Court
Eastern District of California

In re:                                                      Case No. 23-90328-B
Linda A Willhite                                            Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0972-9                    User: auto                    Page 1 of 2
Date Rcvd: Oct 31, 2023                 Form ID: L18                  Total Noticed: 29

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 02, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Linda A Willhite, 20220 Ferret Ct, Groveland, CA 95321-9534 |
| aty | + | Susan D. Silveira, 2037 W Bullard Ave #311, Fresno, CA 93711-1233 |
| tr | | Lilian G. Tsang, Chapter 13 Trustee, P.O. Box 3051, Modesto, CA 95353-3051 |
| 23599427 | + | BMO BANK N.A., PO BOX 6150, CAROL STREAM IL 60197-6150 |
| 23586651 | | Bank of the West, Bankcard Center, PO Box 4021, Alameda CA 94501-0421 |
| 23586657 | | CompuLink, 14002 E 21st St Ste 300, Tulsa OK 74134-1421 |
| 23586664 | | Macys, PO Box 6785, Sioux Falls SD 57117-6785 |
| 23586666 | + | Toyota Financial Services, P O Box 22171, Tempe AZ 85285-2171 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 23586650 | + | Email/Text: bankruptcy@bmo.com | Nov 01 2023 01:06:00 | Bank of the West, Bankcard Center NE-BBP-02-1, 13505 California Street, Omaha NE 68154-5247 |
| 23586652 | | Email/Text: BarclaysBankDelaware@tsico.com | Nov 01 2023 01:05:00 | Barclays, PO Box 8833, Wilmington DE 19899-8833 |
| 23586653 | | Email/Text: USCBNotices@cdtfa.ca.gov | Nov 01 2023 01:06:00 | California Dept of Tax and Fee Admin, Account Information Group MIC 29, P O Box 942879, Sacramento CA 94279-0029 |
| 23586654 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 01 2023 01:07:48 | Capital One, P O Box 30285, Salt Lake City UT 84130-0285 |
| 23586659 | | Email/Text: itcdbg@edd.ca.gov | Nov 01 2023 01:05:00 | Employment Development Department, Bankruptcy Unit-MIC 92E, P O Box 826880, Sacramento CA 94280-0001 |
| 23586660 | | Email/Text: collecadminbankruptcy@fnni.com | Nov 01 2023 01:05:00 | First National Bank of Omaha, PO Box 2557, Omaha NE 68103-2557 |
| 23619408 | ^ | MEBN | Nov 01 2023 00:55:34 | First National Bank of Omaha, c/o BQ & Associates, PC, LLO, 14211 Arbor Street, Suite 100, Omaha, NE 68144-2312 |
| 23586661 | | Email/Text: BKBNCNotices@ftb.ca.gov | Nov 01 2023 01:06:00 | Franchise Tax Board, Bankruptcy Section MS-A340, P O Box 2952, Sacramento CA 95812-2952 |
| 23586662 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 01 2023 01:05:00 | Internal Revenue Service, Central Insolvency Unit, P O Box 7346, Philadelphia PA 19101-7346 |
| 23586655 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 01 2023 01:07:17 | Chase Card Services, PO Box 15298, Wilmington DE 19850-5298 |
| 23586656 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 01 2023 01:28:36 | Chase Cardmember Services, P O Box 15548, Wilmington DE 19886-5548 |
| 23601726 | + | Email/Text: RASEBN@raslg.com | Nov 01 2023 01:05:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank |

| | | | |
|---|---|---|---|
| | | | USA, N.A., c/o Robertson, Anschutz, Schneid,, & Crane LLP, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 23586663 | + | Email/Text: PBNCNotifications@peritusservices.com | |
| | | Nov 01 2023 01:05:00 | Kohls, PO Box 3084, Milwaukee WI 53201-3084 |
| 23613467 | | Email/PDF: resurgentbknotifications@resurgent.com | |
| | | Nov 01 2023 01:07:51 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 23619451 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | |
| | | Nov 01 2023 01:07:17 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 23586665 | | Email/PDF: ais.sync.ebn@aisinfo.com | |
| | | Nov 01 2023 01:07:19 | Synchrony Bank, Attn Bankruptcy Department, P O Box 965061, Orlando FL 32896-5061 |
| 23586666 | ^ | MEBN | |
| | | Nov 01 2023 00:55:53 | Toyota Financial Services, P O Box 22171, Tempe AZ 85285-2171 |
| 23600291 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | |
| | | Nov 01 2023 01:05:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 23611389 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | |
| | | Nov 01 2023 01:06:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 23614872 | + | Email/PDF: OGCRegionIXBankruptcy@hud.gov | |
| | | Nov 01 2023 01:07:29 | U.S. Department of Housing and Urban Development, 451 7th Street S.W., Washington, DC 20410-0002 |
| 23586658 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | |
| | | Nov 01 2023 01:06:00 | Elan Financial Services, P O Box 108, Saint Louis MO 63166-0108 |
| 23614855 | + | Email/PDF: ebn_ais@aisinfo.com | |
| | | Nov 01 2023 01:07:17 | Verizon by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 22

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 02, 2023          Signature:          /s/Gustava Winters

FORM L18 Notice of Entry of Order in a Bankruptcy Case  (v.9.14)         23–90328 – B – 13

# UNITED STATES BANKRUPTCY COURT
## Eastern District of California

**1200 I Street, Suite 200**
**Modesto, CA 95354**

(209) 521–5160
www.caeb.uscourts.gov
M–F 9:00 AM – 4:00 PM



# NOTICE OF ENTRY OF ORDER IN A BANKRUPTCY CASE

**Case Number:**    23–90328 – B – 13

**Debtor Name(s), Social Security Number(s), and Address(es):**

Linda A Willhite
xxx–xx–0168

20220 Ferret Ct
Groveland, CA 95321

**OTHER NAMES USED WITHIN 8 YEARS BEFORE FILING THE PETITION:**
Linda Ahn Willhite

**NOTICE IS HEREBY GIVEN THAT:**

An order was entered on the docket in this case on October 30, 2023 . The document number and docket text for this order are set forth below.

**[40] – Order Confirming Chapter 13 Plan [SDS–1]. (tjof)**

Dated:
10/31/23

For the Court,
Wayne Blackwelder , Clerk